Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 34th Floor
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Kiran H. Mehta (admitted *pro hac vice*)
kiran.mehta@troutmansanders.com
TROUTMAN SANDERS LLP
301 S. College Street
Charlotte, NC 28202
Telephone: (704) 998-4050
Facsimile: (704) 998-4051

Attorneys for Defendant
SNACK FACTORY, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN DEDRICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SNACK FACTORY, LLC, a New Jersey limited liability company, <br><br> Defendant. | **Case No. 3:15-cv-01605-EMC** <br><br> **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

**NOTICE OF SETTLEMENT AND**
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. 3:15-cv-01605-EMC**

The Parties hereby advise the Court that they reached an agreement this morning to settle this action on an individual basis, contingent on final approval of a classwide settlement in *Barron, et al. v. Snyder's-Lance, Inc.*, Case No. 0:13-cv-62496-JAL (United States District Court for the Southern District of Florida) ("*Barron*").  The *Barron* parties intend to submit a final settlement agreement for preliminary approval no later than September 8, 2015, and *Barron* has been stayed until that time. The Parties intend to seek a stay of this case pending the *Barron* final approval, including the time for appeal(s) from such approval, and to file for such a stay promptly upon the filing of the Barron preliminary approval motion.

Accordingly, the Parties request that the August 6, 2015 Case Management Conference be continued until September 8, 2015.

Respectfully Submitted,

Dated:  August 5, 2015          WINSTON & STRAWN LLP


By:   */s/ Amanda L. Groves*
       Amanda L. Groves (SBN:  187216)
       agroves@winston.com
       Sean D. Meenan (SBN:  260466)
       smeenan@winston.com
       Winston & Strawn LLP
       101 California Street, 39th Floor
       San Francisco, CA  94111-5802
       Telephone:     (415) 591-1000
       Facsimile:     (415) 591-1400

       Kiran H. Mehta (admitted *pro hac vice*)
       kiran.mehta@troutmansanders.com
       Troutman Sanders LLP
       301 South College Street, Suite 3400
       Charlotte, NC  28202
       Telephone:     (704) 998-4072
       Facsimile:     (704) 998-4051

       Attorneys for Defendant
       SNACK FACTORY, LLC

(signatures continued on next page)

1

**NOTICE OF SETTLEMENT AND**
**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. 3:15-cv-01605-EMC**

Dated: August 5, 2015                         AHDOOT & WOLFSON, PC


                                              By:  /s/ Theodore W. Maya
                                                   Theodore W. Maya (SBN: 223242)
                                                   tmaya@ahdootwolfson.com
                                                   Tina Wolfson (SBN: 174806)
                                                   twolfson@ahdootwolfson.com
                                                   Robert Ahdoot (SBN: 172098)
                                                   rahdoot@ahdootwolfson.com
                                                   AHDOOT & WOLFSON, P.C.
                                                   1016 Palm Ave.
                                                   West Hollywood, California 90069
                                                   Telephone:    (310) 474-9111
                                                   Facsimile:    (310) 474-8585

                                                   Attorneys for Plaintiff,
                                                   IAN DEDRICK


   I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has

been obtained from each signatory hereto.

                                                   /s/ Amanda L. Groves


```
IT IS SO ORDERED that the CMC is reset from 8/6/15 to 9/24/15 at 9:30 a.m.
A joint CMC statement shall be filed by 9/17/15.
_____
Edward M. Chen
U.S. District Judge
```



2
**NOTICE OF SETTLEMENT AND
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties and for good cause showing, the August 6, 2015 Case Management Conference is hereby continued to September 8, 2015.

**IT IS SO ORDERED.**

Dated: _____

                                            United States District Court
                                            Honorable Edward M. Chen

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**