1  Tina Wolfson (SBN: 174806)
   twolfson@ahdootwolfson.com
2  Robert Ahdoot (SBN: 172098)
   rahdoot@ahdootwolfson.com
3  Theodore W. Maya (SBN: 223242)
   tmaya@ahdootwolfson.com
4  AHDOOT & WOLFSON, PC
   1016 Palm Ave.
5  West Hollywood, California 90069
   Telephone:   (310) 474-9111
6  Facsimile:   (310) 474-8585

7  Attorneys for Plaintiff
   IAN DEDRICK
8

9                    UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | IAN DEDRICK, individually and on behalf of all others similarly situated, | Case No. 3:15-cv-01605-EMC |
|---|---|
|  | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|  Plaintiffs, |  |
|  v. |  |
|  SNACK FACTORY, LLC, a New Jersey limited liability company, |  |
|  Defendant. |  |

1     WHEREAS, on August 5, 2015, the parties filed a Notice of Settlement and [Proposed] Order Continuing Case Management Conference (the "Notice of Settlement");

    WHEREAS, the Notice of Settlement explained that the parties had reached an agreement to settle this action on an individual basis, contingent on final approval of a classwide settlement in *Barron, et al. v. Snyder's-Lance, Inc.*, Case No. 0:13-cv-62496-JAL (United States District Court for the Southern District of Florida) ("*Barron*");

    WHEREAS, pursuant to a joint motion of the parties in *Barron*, the *Barron* court set a deadline of September 22, 2015 for the parties to file an Unopposed Motion for Preliminary Certification of a Class for Settlement Purposes and Approval of Notice (the "*Barron* Motion for Preliminary Approval");

    WHEREAS, the parties in this action intend to seek a stay of this case pending the *Barron* final approval, including the time for appeal(s) from such approval, and to file for such a stay promptly upon the filing of the *Barron* Motion for Preliminary Approval;

    THEREFORE, the parties stipulate and request that the September 23, 2015 Case Management Conference be continued until November 19, 2015 or such other time after that date as convenient for the Court.

                            Respectfully Submitted,

Dated: September 17, 2015          AHDOOT & WOLFSON, PC

By:  */s/ Tina Wolfson*
     Tina Wolfson (SBN: 174806)
     twolfson@ahdootwolfson.com
     Robert Ahdoot (SBN: 172098)
     rahdoot@ahdootwolfson.com
     Theodore W. Maya (SBN: 223242)
     tmaya@ahdootwolfson.com
     AHDOOT & WOLFSON, PC
     1016 Palm Ave.
     West Hollywood, California 90069
     Telephone:    (310) 474-9111
     Facsimile:     (310) 474-8585

     Attorneys for Plaintiff,
     IAN DEDRICK

| | |
|---|---|
| Dated:  September 17, 2015 | WINSTON & STRAWN LLP |
| | By:  */s/ Amanda L. Groves*<br>Amanda L. Groves (SBN:  187216)<br>agroves@winston.com<br>Sean D. Meenan (SBN:  260466)<br>smeenan@winston.com<br>Winston & Strawn LLP<br>101 California Street, 39th Floor<br>San Francisco, CA  94111-5802<br>Telephone:     (415) 591-1000<br>Facsimile:      (415) 591-1400 |
| | Kiran H. Mehta (admitted *pro hac vice*)<br>kiran.mehta@troutmansanders.com<br>Troutman Sanders LLP<br>301 South College Street, Suite 3400<br>Charlotte, NC  28202<br>Telephone:     (704) 998-4072<br>Facsimile:      (704) 998-4051 |
| | Attorneys for Defendant<br>SNACK FACTORY, LLC |

I, Tina Wolfson, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Tina Wolfson*

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation of the parties and for good cause showing, the September 23, 2015

3  Case Management Conference is hereby continued to November 19, 2015. <sup>at 9:30 a.m.   A</sup>

4  Joint CMC statement shall be filed by November 12, 2015.

5  **IT IS SO ORDERED.**

6

7  Dated:  9/21/15  _____

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

3

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**