Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Kiran H. Mehta (admitted *pro hac vice*)
kiran.mehta@troutmansanders.com
TROUTMAN SANDERS LLP
301 S. College Street
Charlotte, NC 28202
Telephone:   (704) 998-4050
Facsimile:   (704) 998-4051

Attorneys for Defendant
SNACK FACTORY, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IAN DEDRICK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SNACK FACTORY, LLC, a New Jersey limited liability company,<br><br>Defendant. | **Case No. 3:15-cv-01605-EMC**<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE AND VACATING FEBRUARY 18, 2016 CASE MANAGEMENT CONFERENCE** |

1   WHEREAS, on August 5, 2015, the parties filed a Notice of Settlement and [Proposed]
2 Order Continuing Case Management Conference (the "Notice of Settlement");
3   WHEREAS, the Notice of Settlement explained that the parties had reached an agreement to
4 settle this action on an individual basis, contingent on final approval of a classwide settlement in
5 *Barron, et al. v. Snyder's-Lance, Inc.*, Case No. 0:13-cv-62496-JAL (United States District Court for
6 the Southern District of Florida) ("*Barron*");
7   WHEREAS, if the class settlement is granted approval by the court in *Barron*, it would settle
8 and release the claims of Plaintiffs and the proposed class they seek to represent in the above-
9 captioned action.
10   WHEREAS, on September 22, 2015, the parties in *Barron* filed an Unopposed Motion for
11 Preliminary Certification of a Class for Settlement Purposes and Approval of Notice (the "Motion
12 for Preliminary Approval");
13   WHEREAS, on February 4, 2016, the *Barron* court issued an order, stating, amongst other
14 things, that the court "has reviewed the Motion [for Preliminary Approval] and is prepared to enter
15 an Order granting preliminary approval of the class action settlement and leave to file a third
16 amended complaint . . . [but] the dates and deadlines included in the Proposed Order are no longer
17 feasible." Accordingly, the *Barron* court ordered "that the Parties shall have until and including
18 February 12, 2016, to submit a new proposed Order Granting Preliminary Approval of Class Action
19 Settlement, and Leave to File Third Amended Complaint."
20   WHEREAS, on November 10, 2015, this Court granted the parties' stipulation to continue
21 the November 19, 2015 Case Management Conference to February 18, 2016;
22   THEREFORE, the parties stipulate that, upon order of this Court,  (1) the February 18, 2016
23 shall be vacated; (2) this action shall be stayed pending the court's decision in *Barron* on whether to
24 grant final approval of the class settlement; (3) on or before May 19, 2016, the parties shall inform
25 this Court of the status of the *Barron* case; and (4) the parties shall provide further status reports to
26 this Court at ninety day intervals thereafter.

1

**STIPULATION AND [PROPOSED] ORDER STAYING CASE AND
VACATING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**

|   |   |
|---|---|
| | Respectfully Submitted, |
| Dated: February 9, 2016 | WINSTON & STRAWN LLP |
| | By: */s/ Amanda L. Groves* |
| | Amanda L. Groves (SBN: 187216) |
| | agroves@winston.com |
| | Sean D. Meenan (SBN: 260466) |
| | smeenan@winston.com |
| | Winston & Strawn LLP |
| | 101 California Street, 35th Floor |
| | San Francisco, CA 94111-5802 |
| | Telephone: (415) 591-1000 |
| | Facsimile: (415) 591-1400 |
| | Kiran H. Mehta (admitted *pro hac vice*) |
| | kiran.mehta@troutmansanders.com |
| | Troutman Sanders LLP |
| | 301 South College Street, Suite 3400 |
| | Charlotte, NC 28202 |
| | Telephone: (704) 998-4072 |
| | Facsimile: (704) 998-4051 |
| | |
| | Attorneys for Defendant |
| | SNACK FACTORY, LLC |
| Dated: February 9, 2016 | AHDOOT & WOLFSON, PC |
| | |
| | By: */s/ Theodore W. Maya* |
| | Theodore W. Maya (SBN: 223242) |
| | tmaya@ahdootwolfson.com |
| | Tina Wolfson (SBN: 174806) |
| | twolfson@ahdootwolfson.com |
| | Robert Ahdoot (SBN: 172098) |
| | rahdoot@ahdootwolfson.com |
| | AHDOOT & WOLFSON, P.C. |
| | 1016 Palm Ave. |
| | West Hollywood, California 90069 |
| | Telephone: (310) 474-9111 |
| | Facsimile: (310) 474-8585 |
| | |
| | Attorneys for Plaintiff, |
| | IAN DEDRICK |

I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Amanda L. Groves*

2

**STIPULATION AND [PROPOSED] ORDER STAYING CASE AND**
**VACATING CASE MANAGEMENT CONFERENCE**
**CASE NO. 3:15-cv-01605-EMC**

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation of the parties and for good cause showing, it is hereby ordered that

3  (1) the February 18, 2016 is vacated; (2) this action is stayed pending the court's decision in *Barron*

4  *v. Snyder's-Lance, Inc*., Case No. 0:13-cv-62496 (S.D. Fla) ("*Barron*") on whether to grant final

5  approval of the class settlement; (3) on or before May 19, 2016, the parties shall inform the Court of

6  the status of the *Barron* case; and (4) the parties shall provide further status reports to the Court at

7  ninety day intervals thereafter.   The 2/18/16 CMC is reset for 5/26/16 at 9:30 a.m.  An
8                                     updated joint CMC statement shall be filed by
                                       5/19/16.

9  **IT IS SO ORDERED.**

11  Dated:  2/11/16



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

3

**STIPULATION AND [PROPOSED] ORDER STAYING CASE AND
VACATING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802