1   Amanda L. Groves (SBN: 187216)
    agroves@winston.com
2   Sean D. Meenan (SBN: 260466)
    smeenan@winston.com
3   WINSTON & STRAWN LLP
    101 California Street, 35th Floor
4   San Francisco, CA 94111-5802
    Telephone:    (415) 591-1000
5   Facsimile:    (415) 591-1400

6   Kiran H. Mehta (admitted *pro hac vice*)
    kiran.mehta@troutmansanders.com
7   TROUTMAN SANDERS LLP
    301 S. College Street
8   Charlotte, NC 28202
    Telephone:    (704) 998-4050
9   Facsimile:    (704) 998-4051

10  Attorneys for Defendant
    SNACK FACTORY, LLC

11

12              UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15  IAN DEDRICK, individually and on behalf of   )   Case No. 3:15-cv-01605-EMC
    all others similarly situated,                )
16                                                )   STIPULATION AND [PROPOSED]
                          Plaintiffs,             )   ORDER CONTINUING THE JUNE 23, 2016
17                                                )   CASE MANAGEMENT CONFERENCE TO
              v.                                  )   AUGUST 11, 2016
18                                                )
    SNACK FACTORY, LLC, a New Jersey              )
19  limited liability company,                    )
                                                  )
20                        Defendant.              )
                                                  )
21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1    WHEREAS, on August 5, 2015, the parties filed a Notice of Settlement and [Proposed]

2  Order Continuing Case Management Conference (the "Notice of Settlement");

3    WHEREAS, the Notice of Settlement explained that the parties had reached an agreement to

4  settle this action on an individual basis, contingent on final approval of a classwide settlement in

5  *Barron, et al. v. Snyder's-Lance, Inc.*, Case No. 0:13-cv-62496-JAL (United States District Court for

6  the Southern District of Florida) ("*Barron*");

7    WHEREAS, if effectuated, the *Barron* settlement agreement would settle and release the

8  claims of Plaintiffs and the proposed class they seek to represent in the above-captioned action;

9    WHEREAS, this Court continued the various CMCs pending the *Barron* settlement;

10    WHEREAS, on June 10, 2016, the *Barron* court issued a Final Judgment and Order

11  Approving Settlement in the *Barron* action, which resolves the claims asserted in this action;

12    WHEREAS, the effective date of the settlement agreement in *Barron* will be July 15, 2016, if

13  no timely motions for reconsideration and/or no appeals or other efforts to obtain review have been

14  filed;

15    THEREFORE, the parties stipulate that, upon order of this Court, (1) the June 23, 2016 CMC

16  shall be continued until August 11, 2016; (2) on or before August 4, 2016, the parties shall file a

17  CMC Statement and inform this Court of the status of the *Barron* case, if the instant action is not

18  dismissed before then.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**

1

Respectfully Submitted,

2

Dated:  June 14, 2016

WINSTON & STRAWN LLP

3

By:    /s/ Amanda L. Groves

4

Amanda L. Groves (SBN:  187216)
agroves@winston.com

5

Sean D. Meenan (SBN:  260466)
smeenan@winston.com

6

Winston & Strawn LLP
101 California Street, 35th Floor

7

San Francisco, CA  94111-5802
Telephone:       (415) 591-1000

8

Facsimile:       (415) 591-1400
Kiran H. Mehta (admitted *pro hac vice*)

9

kiran.mehta@troutmansanders.com
Troutman Sanders LLP

10

301 South College Street, Suite 3400
Charlotte, NC  28202

11

Telephone:     (704) 998-4072
Facsimile:       (704) 998-4051

12

Attorneys for Defendant

13

SNACK FACTORY, LLC

14

Dated:  June 14, 2016

AHDOOT & WOLFSON, PC

15

16

By:    /s/ Tina Wolfson

17

Tina Wolfson (SBN:  174806)
twolfson@ahdootwolfson.com

18

Theodore W. Maya (SBN:  223242)
tmaya@ahdootwolfson.com

19

Robert Ahdoot (SBN:  172098)
rahdoot@ahdootwolfson.com

20

AHDOOT & WOLFSON, P.C.
1016 Palm Ave.

21

West Hollywood, California  90069
Telephone:       (310) 474-9111

22

Facsimile:       (310) 474-8585

23

Attorneys for Plaintiff,
IAN DEDRICK

24

I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has

25

been obtained from each signatory hereto.

26

/s/ Amanda L. Groves

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**

1

## [PROPOSED] ORDER

2      Pursuant to stipulation of the parties and for good cause showing, it is hereby ordered that

3  (1) the June 23, 2016 Case Management Conference shall be continued until August ~~11~~ 18, 2016; (2) on

4  or before August ~~4,~~ 11 2016, the parties shall file a CMC Statement and inform this Court of the status

5  of the *Barron* case.

6

7

8

9

10  **IT IS SO ORDERED.**

11

12  Dated: _____     June 15, 2016



13                           _____
                            United States District Court
                            Honorable Edward M. Chen

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. 3:15-cv-01605-EMC**