Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Kiran H. Mehta (admitted *pro hac vice*)
kiran.mehta@troutmansanders.com
TROUTMAN SANDERS LLP
301 S. College Street
Charlotte, NC  28202
Telephone:     (704) 998-4050
Facsimile:      (704) 998-4051

Attorneys for Defendant
SNACK FACTORY, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN DEDRICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SNACK FACTORY, LLC, a New Jersey limited liability company,<br><br>　　　　　　Defendant. | Case No. 3:15-cv-01605-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE AUGUST 18, 2016 CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2016** |

1     WHEREAS, on August 5, 2015, the parties filed a Notice of Settlement and [Proposed] Order Continuing Case Management Conference (the "Notice of Settlement");

WHEREAS, the Notice of Settlement explained that the parties had reached an agreement to settle this action on an individual basis, contingent on final approval of a classwide settlement in *Barron, et al. v. Snyder's-Lance, Inc.*, Case No. 0:13-cv-62496-JAL (United States District Court for the Southern District of Florida) ("*Barron*");

WHEREAS, if effectuated, the *Barron* settlement agreement would settle and release the claims of Plaintiffs and the proposed class they seek to represent in the above-captioned action;

WHEREAS, this Court continued the various CMCs pending the *Barron* settlement;

WHEREAS, on June 10, 2016, the *Barron* court issued a Final Judgment and Order Approving Settlement in the *Barron* action (the "Final Judgment"), which resolves the claims asserted in this action;

WHEREAS, in the absence of timely motions for reconsideration and/or appeals or other efforts to obtain review, the effective date of the settlement agreement in *Barron* would have been July 15, 2016;

WHEREAS, on July 7, 2016, an objector filed a Notice of Appeal of the Final Judgment;

WHEREAS, in light of the appeal, the effective date of the settlement agreement in *Barron* will now be 14 calendar days after the appeal has been finally concluded and is no longer subject to review;

THEREFORE, the parties stipulate that, upon order of this Court, (1) the August 18, 2016 CMC shall be continued until November 17, 2016; (2) on or before November 3, 2016, the parties shall file a CMC Statement and inform this Court of the status of the *Barron* case, if the instant action is not dismissed before then.

///
///
///
///
///

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. 3:15-cv-01605-EMC**

|   |   |
|---|---|
| | Respectfully Submitted, |
| Dated:  August 4, 2016 | WINSTON & STRAWN LLP |
| | By: */s/ Amanda L. Groves* |
| | Amanda L. Groves (SBN:  187216) |
| | agroves@winston.com |
| | Sean D. Meenan (SBN:  260466) |
| | smeenan@winston.com |
| | Winston & Strawn LLP |
| | 101 California Street, 35th Floor |
| | San Francisco, CA  94111-5802 |
| | Telephone:       (415) 591-1000 |
| | Facsimile:        (415) 591-1400 |
| | Kiran H. Mehta (admitted *pro hac vice*) |
| | kiran.mehta@troutmansanders.com |
| | Troutman Sanders LLP |
| | 301 South College Street, Suite 3400 |
| | Charlotte, NC  28202 |
| | Telephone:       (704) 998-4072 |
| | Facsimile:        (704) 998-4051 |
| | |
| | Attorneys for Defendant |
| | SNACK FACTORY, LLC |
| Dated: August 4, 2016 | AHDOOT & WOLFSON, PC |
| | |
| | By: */s/ Tina Wolfson* |
| | Tina Wolfson (SBN:  174806) |
| | twolfson@ahdootwolfson.com |
| | Theodore W. Maya (SBN:  223242) |
| | tmaya@ahdootwolfson.com |
| | Robert Ahdoot (SBN:  172098) |
| | rahdoot@ahdootwolfson.com |
| | AHDOOT & WOLFSON, P.C. |
| | 1016 Palm Ave. |
| | West Hollywood, California  90069 |
| | Telephone:       (310) 474-9111 |
| | Facsimile:        (310) 474-8585 |
| | |
| | Attorneys for Plaintiff, |
| | IAN DEDRICK |

I, Amanda L. Groves, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Amanda L. Groves*

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**
**CASE NO. 3:15-cv-01605-EMC**

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties and for good cause showing, it is hereby ordered that (1) the August 18, 2016 Case Management Conference shall be continued until November 17, 2016; (2) on or before November 3, 2016, the parties shall file a CMC Statement and inform this Court of the status of the *Barron* case.

**IT IS SO ORDERED.**

Dated: 8/5/16



United States
Honorable Edward M. Chen

**CERTIFICATE OF SERVICE**
**United States District Court for the Northern District of California**
**Case No. 3:16-cv-00175-RS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5840. On August 4, 2016, I served the following document:

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE AUGUST 18, 2016 CASE MANAGEMENT CONFERENCE TO NOVEMBER 17, 2016**

☒ After filing the document on the Court's CM/ECF system and by electronically transmitting a copy(ies) of the document(s) listed above via the Court's CM/ECF system to the addressee(s) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order. No error messages were received after said transmission(s).

On the parties listed below:

Tina Wolfson
Theodore W. Maya
Robert Ahdoot
AHDOOT & WOLFSON, P.C.
1016 Palm Ave.
West Hollywood, California 90069
Telephone:   (310) 474-9111
Facsimile:   (310) 474-8585

Attorneys for Plaintiff, IAN DEDRICK

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed this 4th day of August at San Francisco, California 94111.

                                                */s/ Maureen Courtney*
                                                MAUREEN COURTNEY