Tina Wolfson (SBN: 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN: 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN: 223242)
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, California 90069
Telephone:     (310) 474-9111
Facsimile:      (310) 474-8585

Attorneys for Plaintiff
IAN DEDRICK

[*additional counsel on signature page*]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IAN DEDRICK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SNACK FACTORY, LLC, a New Jersey limited liability company, <br><br> Defendant. | **Case No. 3:15-cv-01605-EMC** <br><br> **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**
**CASE NO. 3:15-cv-01605-EMC**

Pursuant to Rule (41)(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of Defendant Snack Factory, LLC ("Defendant"), Plaintiff Ian Dedrick hereby dismisses his claims against Defendant with prejudice.

Respectfully Submitted,

Dated:  November 15, 2016                    AHDOOT & WOLFSON, PC

                                            By:   /s/ Tina Wolfson
                                                  Tina Wolfson (SBN:  174806)
                                                  twolfson@ahdootwolfson.com
                                                  Robert Ahdoot (SBN:  172098)
                                                  rahdoot@ahdootwolfson.com
                                                  Theodore W. Maya (SBN:  223242)
                                                  tmaya@ahdootwolfson.com
                                                  AHDOOT & WOLFSON, PC
                                                  1016 Palm Avenue
                                                  West Hollywood, California  90069
                                                  Telephone:      (310) 474-9111
                                                  Facsimile:      (310) 474-8585

                                                  Attorneys for Plaintiff,
                                                  IAN DEDRICK

Dated:  November 15, 2016                    WINSTON & STRAWN LLP

                                            By:   /s/ Amanda L. Groves
                                                  Amanda L. Groves (SBN:  187216)
                                                  agroves@winston.com
                                                  Sean D. Meenan (SBN:  260466)
                                                  smeenan@winston.com
                                                  Winston & Strawn LLP
                                                  101 California Street, 39th Floor
                                                  San Francisco, CA  94111-5802
                                                  Telephone:      (415) 591-1000
                                                  Facsimile:      (415) 591-1400

                                                  Kiran H. Mehta (admitted *pro hac vice*)
                                                  kiran.mehta@troutmansanders.com
                                                  Troutman Sanders LLP
                                                  301 South College Street, Suite 3400
                                                  Charlotte, NC  28202
                                                  Telephone:      (704) 998-4072
                                                  Facsimile:      (704) 998-4051

                                                  Attorneys for Defendant
                                                  SNACK FACTORY, LLC

1

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**
**CASE NO. 3:15-cv-01605-EMC**

## ATTESTATION OF FILER

I, Tina Wolfson, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

*/s/ Tina Wolfson*

---

2

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**
**CASE NO. 3:15-cv-01605-EMC**

**[PROPOSED] ORDER**

Pursuant to stipulation of the parties and for good cause showing, Plaintiff Ian Dedrick's claims against Defendant Snack Factory, LLC are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____        _____
                                 United States District Court
                                 Honorable Edward M. Chen

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**
**CASE NO. 3:15-cv-01605-EMC**