Tina Wolfson (SBN: 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN: 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN: 223242)
tmaya@ahdootwolfson.com
AHDOOT & WOLFSON, PC
1016 Palm Avenue
West Hollywood, California 90069
Telephone:    (310) 474-9111
Facsimile:    (310) 474-8585

Attorneys for Plaintiff
IAN DEDRICK

[*additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IAN DEDRICK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>SNACK FACTORY, LLC, a New Jersey limited liability company,<br><br>                Defendant. | **Case No. 3:15-cv-01605-EMC**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

1     Pursuant to Rule (41)(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the stipulation of Defendant Snack Factory, LLC ("Defendant"), Plaintiff Ian Dedrick hereby dismisses his claims against Defendant with prejudice.

                                            Respectfully Submitted,

Dated: November 15, 2016          AHDOOT & WOLFSON, PC

                                            By:   */s/ Tina Wolfson*
                                                     Tina Wolfson (SBN: 174806)
                                                        twolfson@ahdootwolfson.com
                                                        Robert Ahdoot (SBN: 172098)
                                                        rahdoot@ahdootwolfson.com
                                                        Theodore W. Maya (SBN: 223242)
                                                        tmaya@ahdootwolfson.com
                                                        AHDOOT & WOLFSON, PC
                                                        1016 Palm Avenue
                                                        West Hollywood, California 90069
                                                        Telephone: (310) 474-9111
                                                        Facsimile: (310) 474-8585

                                          Attorneys for Plaintiff,
                                          IAN DEDRICK

Dated: November 15, 2016          WINSTON & STRAWN LLP

                                          By:   */s/ Amanda L. Groves*
                                                      Amanda L. Groves (SBN: 187216)
                                                        agroves@winston.com
                                                       Sean D. Meenan (SBN: 260466)
                                                       smeenan@winston.com
                                                       Winston & Strawn LLP
                                                       101 California Street, 39th Floor
                                                       San Francisco, CA 94111-5802
                                                       Telephone: (415) 591-1000
                                                       Facsimile: (415) 591-1400

                                          Kiran H. Mehta (admitted *pro hac vice*)
                                          kiran.mehta@troutmansanders.com
                                          Troutman Sanders LLP
                                          301 South College Street, Suite 3400
                                          Charlotte, NC 28202
                                          Telephone: (704) 998-4072
                                          Facsimile: (704) 998-4051

                                          Attorneys for Defendant
                                          SNACK FACTORY, LLC

**ATTESTATION OF FILER**

I, Tina Wolfson, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Tina Wolfson

1 **[PROPOSED] ORDER**

2   Pursuant to stipulation of the parties and for good cause showing, Plaintiff Ian Dedrick's
3 claims against Defendant Snack Factory, LLC are hereby dismissed with prejudice.

5 **IT IS SO ORDERED.**

7 Dated:   11/16/16



3

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**
**CASE NO. 3:15-cv-01605-EMC**